IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Eric W. Steinmetz<br>aka Eric Wayne Steinmetz<br>aka Eric Steinmetz | : <br>: <br>: <br>: | Chapter 13<br>Case No. 5:23-bk-02448-MJC |
| Debtor. | : <br>: | |
| Eric W. Steinmetz<br>    Movant,<br>vs.<br>Monroe County Tax Claim Bureau and all parties listed on the mailing matrix filed with the Clerk,<br><br>    Respondents. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: | Motion to<br>Extend Automatic Stay |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Debtor's **Motion to Extend Automatic Stay** pursuant to Section 362(c)(3)(B), Dkt. # 11 ("Motion"), and it appearing from the Motion and Affidavit filed therewith that the filing of the above-captioned Chapter 13 Bankruptcy Case was filed in good faith, and after a hearing held on November 21, 2023, it is hereby

**ORDERED** that the said Motion be and is hereby **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 21, 2023