United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Eric W. Steinmetz  
    Debtor

Case No. 23-02448-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 21, 2023      Form ID: pdf010      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric W. Steinmetz, 617 School Road, Nazareth, PA 18064-8619 |
| 5574547 | | CARDIONET INC, C/O BYL COLLECTION SERVICES LLC, PO BOX 569, MALVERN, PA 19355-0569 |
| 5574554 | + | FIVE STAR BANK, 55 N MAIN STREET, PO BOX 150, WARSAW, NY 14569-0150 |
| 5574557 | + | GFL ENVIRONMENTAL, 26999 CENTRAL PARK BLVD STE 200, SOUTHFIELD, MI 48076-4145 |
| 5574558 | | HNL LAB MEDICINE, PO BOX 789581, PHILADELPHIA, PA 19178-9581 |
| 5574561 | + | LAW OFFICES OF SIEGEL & SIEGEL, 6355 TOPANGA CANYON BLVD, SUITE #25, WOODLAND HILLS, CA 91367-2102 |
| 5574563 | | LEHIGH VALLEY HEALTH NETWORK, PATIENT ACCOUNTING DEPT, PO BOX 4120, ALLENTOWN, PA 18105-4120 |
| 5574565 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |
| 5574564 | | LEHIGH VALLEY HEALTH NETWORK, P.O. BOX 981028, BOSTON, MA 02298-1028 |
| 5574562 | | LEHIGH VALLEY HEALTH NETWORK, PATIENT RECEIVABLES OFFICE, PO BOX 4067, ALLENTOWN, PA 18105-4067 |
| 5574573 | + | NATIONWIDE CREDIT INC, 2002 SUMMIT BLVD STE 600, ATLANTA, GA 30319-1559 |
| 5574577 | | PROGRESSIVE PHYSICIAN ASSOCIATES, PO BOX 678398, DALLAS, TX 75267-8398 |
| 5574579 | | RETRO FITNESS, 1121 NORTH 9TH STREET, STROUDSBURG, PA 18360 |
| 5574581 | + | RINALDI FAMILY DENTISTRY, 226 BROADWAY, BANGOR, PA 18013-2528 |
| 5574582 | + | SLPG PHYSICIANS GROUP, 2428 WALBERT AVENUE, ALLENTOWN, PA 18104-1350 |
| 5574583 | + | ST LUKE'S, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5574584 | | ST LUKE'S UNIVERSITY HEALTH NETWORK, PO BOX 604152, CHARLOTTE, NC 28260-4152 |
| 5574585 | | ST. LUKE'S UNIVERSITY HEALTH NETWK., 801 OSTRUM ATREET, BETHLEHEM, PA 18015 |
| 5575149 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5574542 | + | Email/PDF: bncnotices@becket-lee.com | Nov 21 2023 18:58:16 | AMERICAN FIRST FINANCE, PO BOX 565848, DALLAS, TX 75356-5848 |
| 5574543 | | Email/Text: g17768@att.com | Nov 21 2023 18:42:00 | AT&T, PO BOX 5014, CAROL STREAM, IL 60197-5014 |
| 5574544 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 21 2023 18:42:00 | AT&T MOBILITY, C/O IC SYSTEMS INC, 444 HIGHWAY 96 EAST, SAINT PAUL, MN 55127-2557 |
| 5574545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 18:47:49 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5574546 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 18:47:49 | CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5574548 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2023 18:43:00 | CHRYSLER CAPITAL, PO BOX 961275, FORT WORTH, TX 76161-0275 |
| 5574549 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 18:43:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5574550 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2023 18:58:08 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5574551 | + | Email/Text: operationsclerk@easypayfinance.com | Nov 21 2023 18:42:00 | DUVERA BILLING SERVICES, 1959 PALOMAR OAKS WAY STE 340, CARLSBAD, CA 92011-1313 |
| 5577194 | | Email/Text: operationsclerk@easypayfinance.com | Nov 21 2023 18:42:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 5574552 | | Email/Text: operationsclerk@easypayfinance.com | Nov 21 2023 18:42:00 | EASYPAY FINANCE, PO BOX 2549, CARLSBAD, CA 92018 |
| 5574553 | | Email/Text: bknotices@fbcs-inc.com | Nov 21 2023 18:42:00 | FBCS INC, 330 S WARMINSTER ROAD, SUITE 353, HATBORO, PA 19040-3433 |
| 5574555 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 21 2023 18:42:00 | FORTIVA MC/TBOM, 5 CONCOURSE PKWY STE 400, ATLANTA, GA 30328-9114 |
| 5574556 | + | Email/Text: Banko@frontlineas.com | Nov 21 2023 18:43:00 | FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVE N STE 250, SAINT PAUL, MN 55113-1783 |
| 5574559 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2023 18:43:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5574560 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 21 2023 18:43:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5574566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 18:58:03 | LVNV FUNDING, 55 BEATTIE PLACE, GREENVILLE, SC 29601-5115 |
| 5574567 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 21 2023 18:42:00 | MEDICAL REVENUE SERVICE, PO BOX 1149, SEBRING, FL 33871-1149 |
| 5574568 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2023 18:58:11 | MERRICK BANK, 10705 S JORDAN GTWY STE 200, SOUTH JORDAN, UT 84095-3977 |
| 5574569 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 21 2023 18:58:03 | MERRICK BANK, PO BOX 660702, DALLAS, TX 75266-0702 |
| 5574570 | | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 21 2023 18:42:00 | MET-ED, PO BOX 3687, AKRON, OH 44309-3687 |
| 5574571 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 21 2023 18:58:11 | MIDLAND MORTGAGE, PO BOX 268959, OKLAHOMA CITY, OK 73126-8959 |
| 5578922 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 21 2023 18:42:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5574572 | ^ | MEBN | Nov 21 2023 18:39:19 | NATIONAL ENTERPRISE SYSTEMS, 2479 EDISON BLVD UNIT A, TWINSBURG, OH 44087-2476 |
| 5574574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2023 18:42:00 | PACIFIC UNION FINANCIAL, 1603 LBJ FREEWAY SUITE 500, FARMERS BRANCH, TX 75234-6071 |
| 5574576 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2023 18:42:00 | PNC BANK, PO BOX 3180, PITTSBURGH, PA 15230 |
| 5574578 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 18:58:45 | RESURGENT CAPITAL SERVICES, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5574580 | ^ | MEBN | Nov 21 2023 18:39:14 | REVCO SOLUTIONS INC, PO BOX 163279, COLUMBUS, OH 43216-3279 |
| 5574586 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 21 2023 18:59:26 | T-MOBILE USA, PO BOX 742596, CINCINNATI, OH 45274-2596 |
| 5577470 | | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2023 18:47:03 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5574587 | + | Email/Text: bncmail@w-legal.com | Nov 21 2023 18:43:00 | TD BANK USA NA, 7000 TARGET PKWY N, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | MS-NCB-0464, BROOKLYN PARK, MN 55445-4301 |
| 5574588 | + | Email/Text: kmattingly@bankofmissouri.com | Nov 21 2023 18:43:00 | THE BANK OF MISSOURI, 960 S. BISHOP AVE, ROLLA, MO 65401-4415 |
| 5574589 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 21 2023 18:42:00 | VERIZON, 500 TECHNOLOGY DRIVE, SUITE 300, WELDON SPRING, MO 63304-2225 |
| 5574590 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 21 2023 18:42:00 | VERIZON WIRELESS, PO BOX 660108, DALLAS, TX 75266-0108 |
| 5574591 | | Email/Text: edinkel@vikingservice.com | Nov 21 2023 18:43:00 | VIKING CLIENT SERVICES, PO BOX 59207, MINNEAPOLIS, MN 55459-0207 |
| 5574592 | | Email/Text: bnc-bluestem@quantum3group.com | Nov 21 2023 18:43:00 | WEBBANK/FINGERHUT, PO BOX 166, NEWARK, NJ 07101-0166 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5574575 | ## | PEERLESS CREDIT SERVICES, PO BOX 518, MIDDLETOWN, PA 17057-0518 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Eric W. Steinmetz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Eric W. Steinmetz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Eric W. Steinmetz<br>aka Eric Wayne Steinmetz<br>aka Eric Steinmetz | : <br> : <br> : | Chapter 13<br>Case No. 5:23-bk-02448-MJC |
| Debtor. | : <br> : <br> : | |
| Eric W. Steinmetz<br>Movant,<br>vs.<br>Monroe County Tax Claim Bureau and all parties listed on the mailing matrix filed with the Clerk,<br>Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Motion to<br>Extend Automatic Stay |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Debtor's **Motion to Extend Automatic Stay** pursuant to Section 362(c)(3)(B), Dkt. # 11 ("Motion"), and it appearing from the Motion and Affidavit filed therewith that the filing of the above-captioned Chapter 13 Bankruptcy Case was filed in good faith, and after a hearing held on November 21, 2023, it is hereby

**ORDERED** that the said Motion be and is hereby **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 21, 2023