Certificate Number: 12433-PAM-DE-037990281

Bankruptcy Case Number: 23-02448


12433-PAM-DE-037990281

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 3, 2023, at 1:07 o'clock PM EST, Eric Wayne Steinmetz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | | | |
|---|---|---|---|
| Date: | December 4, 2023 | By: | /s/Lance Brechbill |
| | | Name: | Lance Brechbill |
| | | Title: | Teacher |