IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Eric W. Steinmetz a/k/a Eric Wayne Steinmetz, a/k/a Eric Steinmetz | : : | NO. 23-02448 MJC |
| Debtor | : | |
| MIDFIRST BANK | : | |
| Movant | : | |
| vs. | | |
| Eric W. Steinmetz a/k/a Eric Wayne Steinmetz, a/k/a Eric Steinmetz | : | |
| Debtor | : | |
| Amy Steinmetz | : | |
| Co-Debtor | : | |
| Jack N. Zaharopoulos | : | |
| Trustee | : | |

**ANSWER TO MOTION FOR RELIEF ON BEHALF OF DEBTOR**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. After reasonable investigation, Debtor does not possess information sufficient to admit this allegation.

7. Denied. After reasonable investigation, Debtor does not possess information sufficient to admit this allegation.

8. Denied. Legal conclusion to which no response is required.

9. Denied. Legal conclusion to which no response is required.

10. Denied. After reasonable investigation, Debtor does not possess information sufficient to admit this allegation.

11. Denied. Legal conclusion to which no response is required.

WHEREFORE, Debtor, Eric Steinmetz, respectfully requests the Court deny the Motion for Relief.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
Attorney for Debtor

Date: April 1, 2024