United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02448-MJC |
| Eric W. Steinmetz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 26, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

**Recip ID**      **Recipient Name and Address**
+    Amy Steinmetz, 617 School Road, Nazareth, PA 18064-8619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Brent J Lemon
     on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

Robert J Kidwell, III
     on behalf of Debtor 1 Eric W. Steinmetz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
     on behalf of Debtor 1 Eric W. Steinmetz
     lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.

com;swiggins@newmanwilliams.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric W. Steinmetz a/k/a Eric Wayne Steinmetz, a/k/a Eric Steinmetz<br>    Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>    Movant<br>vs. | NO. 23-02448 MJC |
| Eric W. Steinmetz a/k/a Eric Wayne Steinmetz, a/k/a Eric Steinmetz<br>    Debtor(s)<br>Amy Steinmetz<br>    Co-Debtor(s) | 11 U.S.C. Section 362 and 1301 |
| Jack N. Zaharopoulos<br>    Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, and after notice and opportunity for hearing, with no responses having been filed, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and the Co-Debtor stay provided under 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 1395 Kelly Road, Stroudsburg, PA 18360-7002 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 26, 2024