United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02448-MJC |
| Eric W. Steinmetz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 4
Date Rcvd: Oct 11, 2024  Form ID: pdf010  Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric W. Steinmetz, 617 School Road, Nazareth, PA 18064-8619 |
| 5574547 | | CARDIONET INC, C/O BYL COLLECTION SERVICES LLC, PO BOX 569, MALVERN, PA 19355-0569 |
| 5574553 | | FBCS INC, 330 S WARMINSTER ROAD, SUITE 353, HATBORO, PA 19040-3433 |
| 5574554 | + | FIVE STAR BANK, 55 N MAIN STREET, PO BOX 150, WARSAW, NY 14569-0150 |
| 5574557 | + | GFL ENVIRONMENTAL, 26999 CENTRAL PARK BLVD STE 200, SOUTHFIELD, MI 48076-4145 |
| 5574558 | | HNL LAB MEDICINE, PO BOX 789581, PHILADELPHIA, PA 19178-9581 |
| 5574561 | + | LAW OFFICES OF SIEGEL & SIEGEL, 6355 TOPANGA CANYON BLVD, SUITE #25, WOODLAND HILLS, CA 91367-2102 |
| 5574564 | | LEHIGH VALLEY HEALTH NETWORK, P.O. BOX 981028, BOSTON, MA 02298-1028 |
| 5574563 | | LEHIGH VALLEY HEALTH NETWORK, PATIENT ACCOUNTING DEPT, PO BOX 4120, ALLENTOWN, PA 18105-4120 |
| 5574565 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |
| 5574562 | | LEHIGH VALLEY HEALTH NETWORK, PATIENT RECEIVABLES OFFICE, PO BOX 4067, ALLENTOWN, PA 18105-4067 |
| 5574573 | + | NATIONWIDE CREDIT INC, 2002 SUMMIT BLVD STE 600, ATLANTA, GA 30319-1559 |
| 5574577 | | PROGRESSIVE PHYSICIAN ASSOCIATES, PO BOX 678398, DALLAS, TX 75267-8398 |
| 5574579 | | RETRO FITNESS, 1121 NORTH 9TH STREET, STROUDSBURG, PA 18360 |
| 5574581 | + | RINALDI FAMILY DENTISTRY, 226 BROADWAY, BANGOR, PA 18013-2528 |
| 5574582 | + | SLPG PHYSICIANS GROUP, 2428 WALBERT AVENUE, ALLENTOWN, PA 18104-1350 |
| 5574584 | | ST LUKE'S UNIVERSITY HEALTH NETWORK, PO BOX 604152, CHARLOTTE, NC 28260-4152 |
| 5574585 | | ST. LUKE'S UNIVERSITY HEALTH NETWK., 801 OSTRUM ATREET, BETHLEHEM, PA 18015 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5574542 | + | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 18:51:23 | AMERICAN FIRST FINANCE, PO BOX 565848, DALLAS, TX 75356-5848 |
| 5574543 | | Email/Text: g17768@att.com | Oct 11 2024 18:33:00 | AT&T, PO BOX 5014, CAROL STREAM, IL 60197-5014 |
| 5574544 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 11 2024 18:33:00 | AT&T MOBILITY, C/O IC SYSTEMS INC, 444 HIGHWAY 96 EAST, SAINT PAUL, MN 55127-2557 |
| 5585813 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 18:51:23 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5574545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2024 18:36:56 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5574546 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2024 18:36:48 | CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5574548 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 18:33:00 | CHRYSLER CAPITAL, PO BOX 961275, FORT WORTH, TX 76161-0275 |
| 5574549 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 11 2024 18:33:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5574550 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2024 18:49:42 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5574551 | + | Email/Text: operationsclerk@easypayfinance.com | Oct 11 2024 18:33:00 | DUVERA BILLING SERVICES, 1959 PALOMAR OAKS WAY STE 340, CARLSBAD, CA 92011-1313 |
| 5577194 | | Email/Text: operationsclerk@easypayfinance.com | Oct 11 2024 18:33:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 5574552 | | Email/Text: operationsclerk@easypayfinance.com | Oct 11 2024 18:33:00 | EASYPAY FINANCE, PO BOX 2549, CARLSBAD, CA 92018 |
| 5574555 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 11 2024 18:33:00 | FORTIVA MC/TBOM, 5 CONCOURSE PKWY STE 400, ATLANTA, GA 30328-9114 |
| 5574556 | + | Email/Text: Banko@frontlineas.com | Oct 11 2024 18:33:00 | FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVE N STE 250, SAINT PAUL, MN 55113-1783 |
| 5574559 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 11 2024 18:33:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5574560 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 11 2024 18:33:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5574566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 18:49:42 | LVNV FUNDING, 55 BEATTIE PLACE, GREENVILLE, SC 29601-2165 |
| 5583179 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 18:50:26 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5574567 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 11 2024 18:33:00 | MEDICAL REVENUE SERVICE, PO BOX 1149, SEBRING, FL 33871-1149 |
| 5574568 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 11 2024 18:36:56 | MERRICK BANK, 10705 S JORDAN GTWY STE 200, SOUTH JORDAN, UT 84095-3977 |
| 5574569 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 11 2024 18:49:40 | MERRICK BANK, PO BOX 660702, DALLAS, TX 75266-0702 |
| 5574570 | | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 11 2024 18:33:00 | MET-ED, PO BOX 3687, AKRON, OH 44309-3687 |
| 5587546 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 11 2024 18:36:38 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5574571 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 11 2024 18:50:24 | MIDLAND MORTGAGE, PO BOX 268959, OKLAHOMA CITY, OK 73126-8959 |
| 5583177 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 11 2024 18:36:57 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5578922 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 11 2024 18:33:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5584742 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2024 18:33:00 | Midland Credit Management, Inc, P.O. Box 2037, Warren, MI 48090-2037 |
| 5574572 | ^ | MEBN | Oct 11 2024 18:31:24 | NATIONAL ENTERPRISE SYSTEMS, 2479 EDISON BLVD UNIT A, TWINSBURG, OH 44087-2476 |
| 5574574 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2024 18:33:00 | PACIFIC UNION FINANCIAL, 1603 LBJ FREEWAY SUITE 500, FARMERS BRANCH, TX 75234-6071 |
| 5574576 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2024 18:33:00 | PNC BANK, PO BOX 3180, PITTSBURGH, PA 15230 |
| 5579835 | | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2024 18:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 98083-0788 |
| 5574578 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 18:49:41 | RESURGENT CAPITAL SERVICES, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5574580 | ^ MEBN | Oct 11 2024 18:30:50 | REVCO SOLUTIONS INC, PO BOX 163279, COLUMBUS, OH 43216-3279 |
| 5574583 | ^ MEBN | Oct 11 2024 18:31:35 | ST LUKE'S, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5574586 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 11 2024 18:36:38 | T-MOBILE USA, PO BOX 742596, CINCINNATI, OH 45274-2596 |
| 5577470 | Email/PDF: ebn_ais@aisinfo.com | Oct 11 2024 18:36:56 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5574587 | + Email/Text: bncmail@w-legal.com | Oct 11 2024 18:33:00 | TD BANK USA NA, 7000 TARGET PKWY N, MS-NCB-0464, BROOKLYN PARK, MN 55445-4301 |
| 5574588 | + Email/Text: jcissell@bankofmissouri.com | Oct 11 2024 18:33:00 | THE BANK OF MISSOURI, 960 S. BISHOP AVE, ROLLA, MO 65401-4415 |
| 5575149 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 11 2024 18:36:57 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5574589 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 11 2024 18:33:00 | VERIZON, 500 TECHNOLOGY DRIVE, SUITE 300, WELDON SPRING, MO 63304-2225 |
| 5574590 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 11 2024 18:33:00 | VERIZON WIRELESS, PO BOX 660108, DALLAS, TX 75266-0108 |
| 5574591 | Email/Text: edinkel@vikingservice.com | Oct 11 2024 18:33:00 | VIKING CLIENT SERVICES, PO BOX 59207, MINNEAPOLIS, MN 55459-0207 |
| 5574592 | Email/Text: bnc-bluestem@quantum3group.com | Oct 11 2024 18:33:00 | WEBBANK/FINGERHUT, PO BOX 166, NEWARK, NJ 07101-0166 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5574575 | ## | PEERLESS CREDIT SERVICES, PO BOX 518, MIDDLETOWN, PA 17057-0518 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Eric W. Steinmetz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Eric W. Steinmetz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **Eric W. Steinmetz**, : Chapter 13
     *aka* Eric Wayne Steinmetz : Case No. 5:23-bk-02448-MJC
     *aka* Eric Steinmetz :
               Debtor :
**************************************** :
**Eric W. Steinmetz**, :
        Movant, :
      v. : Motion to Approve Loan Modification
 
Midland Mortgage, :
        Respondent, :
**************************************** :

## ORDER

Upon consideration of Debtor's Motion to Approve Loan Modification, Dkt. # 45 ("Motion"), after notice and no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**. Debtor is hereby **AUTHORIZED** to enter into a Loan Modification Agreement with regard to the mortgage held and/or serviced by MIDLAND MORTGAGE secured by the residence at 1395 KELLY RD., STROUDSBURG, PA 18360, on substantially the terms outlined in the Motion to Approve Loan Modification; and it is further

**ORDERED** that the first mortgage held and/or serviced by MIDLAND MORTGAGE shall retain its first lien priority status. A copy of this Order may be filed with the Recorder of Deeds of the appropriate jurisdiction.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 11, 2024