United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Eric W. Steinmetz<br>    Debtor | Case No. 23-02448-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Jan 21, 2025  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

**Recip ID        Recipient Name and Address**
  +  Amy Steinmetz, 617 School Road, Nazareth, PA 18064-8619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

**Name**                **Email Address**

Brent J Lemon
    on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Robert J Kidwell, III
    on behalf of Debtor 1 Eric W. Steinmetz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Eric W. Steinmetz

lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric W. Steinmetz<br>aka Eric Wayne Steinmetz aka Eric Steinmetz<br>       Debtor(s) | Chapter 13 |
| MidFirst Bank<br>       Movant<br>v.<br>Eric W. Steinmetz aka Eric Wayne Steinmetz<br>aka Eric Steinmetz<br>       Debtor(s)<br>Amy Steinmetz<br>       Co-Debtor<br>Jack N. Zaharopoulos<br>       Trustee | NO. 23-02448-MJC<br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on August 23, 2024, Dkt. # 49, it is

**ORDERED AND DECREED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified with respect to the subject premises located at 1395 Kelly Road, Stroudsburg, PA 18360-7002 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 20, 2025