IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Eric W. Steinmetz<br>aka Eric Wayne Steinmetz<br>aka Eric Steinmetz<br>Debtor | Case No. 5:23-bk-02448-MJC<br><br><br><br>CHAPTER 13 |

## CERTIFICATE OF NO OBJECTION

AND NOW comes Debtor, **Eric W. Steinmetz**, by and through his attorneys NEWMAN WILLIAMS, P.C.*,* and hereby certifies the following:

1. On September 17, 2025, the undersigned filed a Motion to Sell Real Property of the Estate (1395 Kelly Rd., Stroudsburg, PA 18360), which was served on the parties listed on the mailing matrix.

2. According to the Notice, objections were due on or before October 8, 2025.

3. As of October 13, 2025, there were no objections of record.

**WHEREFORE,** the Movant respectfully requests an Order granting the Motion to Sell Real Property of the Estate (1395 Kelly Rd., Stroudsburg, PA 18360).

Dated: October 13, 2025

                                       **NEWMAN WILLIAMS, P.C.**

                      By:    /s/ Robert J. Kidwell
                                Attorney for Debtor